B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Phezer Enterprises, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**20-8753341** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**150 E. Dartmoor**<br>**Crystal Lake, IL**<br>ZIP Code **60014** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Mchenry** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other _____

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

■ Chapter 7
☐ Chapter 9
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Phezer Enterprises, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor:  **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s): **Phezer Enterprises, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X  **/s/ James E. Stevens**
Signature of Attorney for Debtor(s)

**James E. Stevens**
Printed Name of Attorney for Debtor(s)

**BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA**
Firm Name

**6833 Stalter Drive**
**Rockford, IL 61108**

_____
Address

**Email: jstevens@bslbv.com**
**815-962-6611  Fax: 962-1758**
Telephone Number

**August 18, 2008**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Michael Phelan**
Signature of Authorized Individual

**Michael Phelan**
Printed Name of Authorized Individual

**CEO**
Title of Authorized Individual

**August 18, 2008**
Date

A+ Staffing, Inc.
c/o Jeffery Keck & Assoc.
301 E. Calhoun St.
Woodstock, IL 60098


Abbott Rubber Co, Inc.
2143 Lunt Avenue
Elk Grove Village, IL 60007


Advanta Bank Corp
POB 8088
Philadelphia, PA 19101


Alabama Metal Industries
c/o William Railey
6801 Spring Creek Rd., 2D
Rockford, IL 61107


Alan J. Bolen


Alexander Lumber Co.
201 Virginia Road
Crystal Lake, IL 60014


Alloyweld Inspection Co., Inc.
796 Maple Lane
Bensenville, IL 60106


American Grinding & Machine Co.
2000 No. Mango Ave.
Chicago, IL 60639


Amerifactors Financial Group, LLC
POB 628004
Orlando, FL 32862


Amico
1115 E. 5000 North Rd.
Bourbonnais, IL 60914


Aramark Uniform
POB 828441
Philadelphia, PA 19182

```
Aramark Uniform Services
POB 7177
Rockford, IL 61126


Ascent Mfg. Company
123 Scott Street
Elk Grove Village, IL 60007


Associated Spring Raymon
1705 Indianwood Drivle
Maumee, OH 43537


AT&T
POB 8100
Aurora, IL 60507


AT&T Capital Services
13160 Collections Center Drive
Chicago, IL 60693


Automation Support
POB 566
Itasca, IL 60143


Barrington Automation
9116 Virginia Rd.
Lake In The Hills, IL 60156


Bay Insultation of Illinois
5810 Easst Avenue
La Grange, IL 60525


Bear Headquarters
2515 Production Dr.
Saint Charles, IL 60174


Benard Koczor
c/o Guy Youman
4306F W. Crystal Lake Rd.
Mchenry, IL 60050


Berna, Michael
881 Village Quarter Road
Dundee, IL 60118
```

Blocher Company
POB 310
Cullman, AL 35056


Bockman, Dan


Brenco Machine & tool, Inc.
6117 Factory Road
Crystal Lake, IL 60014


Brown-Campbell Company
11033 So. Langley Ave.
Chicago, IL 60628


BTM Industries
604 Washington Street
Woodstock, IL 60098


C. Coffey Company, Inc.
POB 487
Buckner, KY 40010


C. Coffey Company, Inc.
POB 487
Buckner, KY 40010


Caldwell, Berner & Caldwell
100-1/2 Box 1289
Woodstock, IL 60098


Cartridge World
17 E. Crystal Lake Plaza
Crystal Lake, IL 60014


Catching Fluid Power
4793 Cold Road
Rockford, IL 61109


Chan, Joseph
16 E. Canterbury Lane
Buffalo Grove, IL 60089

```
Chasteen, Tom



CHS NW
POB 1450
Minneapolis, MN 55485


Cintas First Aid & Safety
1870 Brummel Drive
Elk Grove Village, IL 60007


CMC Management LLC
c/o Andrew Platt
65 E. Wacker, Suite 2300
Chicago, IL 60601


CMW Welding
2504 Westward
Spring Grove, IL 60081


Columbia Pipe & Supply Co.
23671 Network Place
Chicago, IL 60673


Computer Aided Technology
165 Arlington Heights Rd., Ste 101
Buffalo Grove, IL 60089


Concept Plus International, Inc.
925 Willow Lane
Dundee, IL 60118


Consolidated Electrical Distributor
171 Erick Street, Unit U1
Crystal Lake, IL 60014


Cordstrap USA, Inc.
POB 081340
Racine, WI 53408


Crystal Lake Engraving
9112 Butternut Drive
Crystal Lake, IL 60014
```

```
Culligan
POB 5277
Carol Stream, IL 60197


D & D Automation
658 Erie Street Stratford
Ontario CANADA


D & G Welding Supply Co.
7705 Industrial Drive ,
Spring Grove, IL 60081


DeKalb Iron & Metal
POB 645
Dekalb, IL 60115


Dell Business Credit
1 Dell Way
Round Rodk, TX 43143


Dell Marketing
c/o Dell USA POB 802816
Chicago, IL 60680


Design Resource Center



DGI Supply Chicago
1480 Wolf Road
Wheeling, IL 60090


Dill Brothers
3401 - 20th Street
Zion, IL 60099


Eagle Fastneners Corp
453 E. Dartmoor Drive
Crystal Lake, IL 60014


Edgar Schrap
```

```
EESCO
POB 802578
Chicago, IL 60680


Eisenmann Corp.
150 E. Dartmoor Drive
Deerfield, IL 60015


Electrical Control Distributers
740 Industrial Dr.
Cary, IL 60013


Electrozad Supply Co.
2900 Jefferson Blvd
POB 3340
Windsor Ontario NBN SM4


Erie Insurance
100 Erie Insurance Place
Erie, PA 16530


Express Services, Inc.
POB 730039
Dallas, TX 75373


Fastenal
POB 978
Winona, MN 55987


Fed Ex
POB 94515
Palatine, IL 60094


Ferguson
POB 802817
Chicago, IL 60680


First Equity Card Corp.
POB 23029
Columbus, GA 31902


Fisher Scientific
2000 Park Lane
Pittsburgh, PA 15275
```

Fisher/Unitech
1920 No. Thoreau, Suite 175
Schaumburg, IL 60173


Fitzgerald Equipment Co.
4650 Boeing Drive
Rockford, IL 61109


Fort Dearborn Life Insurance
36788 Eagle Way
Chicago, IL 60678


Gladwin Machinery & Supply Co., Inc
636 E. STate Parkway
Schaumburg, IL 60173


Grainger
2974 Eastrodk Drive
Rockford, IL 61109


H & M Limousine Service
1079 Rock Road Lane
POB 410
Dundee, IL 60118


Home State Bank
40 Grant Street
Crystal Lake, IL 60014


Igus, Inc.
POB 14349
East Providence, RI 02914


IMF Inc.
POB 453
Greeneville, TN 37744


Internal Revenue Service
945 Lakeview Parkway
Vernon Hills, IL 60061


JA Frate, Inc.
POB 497
Crystal Lake, IL 60014

```
Johnsston & Chapman
2925 W. Carroll Ave.
Chicago, IL 60612


Kaltenbach, Inc.
6775 Inwood Drive
Columbus, IN 47201


Kent H. Landsberg
POB 201526
OK 74320


KHL Engineered Packaging
100 Progress Rd.
Lombard, IL 60148


Klapperich Tool, Inc.
857 Schneider Drive
Bloomingdale, IL 60117


Kosch, Randall



Kosch, Ryan



L.A. Fasteners
15 W. 650 So. Frontage Rd.
Willowbrook, IL 60527


Lea & Sachs, Inc.
1345 Golf Rd.
Des Plaines, IL 60016


Lee Jensen Sales
101 W. Terra Cotta Ave.
Crystal Lake, IL 60014


Liebovich Steel
2116 Preston St.
Rockford, IL 61102
```

```
Logsdon Office Supply
1055 Arthur
Elk Grove Village, IL 60007


Magnetek
POB 13615
Milwaukee, WI 53213


Marchik, Julie



Marcus Oil
PO Drawer 450267
Houston, TX 77245


Mayfair Carpet
661 So. Main St.
Crystal Lake, IL 60014


McHenry Co. Economic Develoment
5435 Bull Valley Rd., Ste 324
Mchenry, IL 60050


McMaster Carr
POB 7690
Chicago, IL 60680


McNichols Co.
251 Wille Rd., Ste C
Des Plaines, IL 60018


Metals & Srevices
330 W. North Ave.
Addison, IL 60101


Michigan Department of Treasury
POB 77000
Detroit, MI 48277


Michigan State Withholding Tax
```

Mid-Town Petroleum
9707 So. 76th Ave.
Bridgeview, IL 60455


Motion Industries
786 Church Rd.
Elgin, IL 60123


MTD-USA LLC`
155 Hall St.
Spartanburg, SC 29302


National Metal Fabricators
2395 Greenleaf Ave.
Elk Grove Village, IL 60007


Northwest Metrology
5715 Wollochet Dr., NW
Gig Harbor, WA 98335


O'Brien Steel Service Co.
c/o Hasselberg,Williams,etal.
124 SW Adams, Suite 360
Peoria, IL 61602


Oakley Stell Products
650 So. 28th Ave.
Bellwood, IL 60104


Omni Environmental
POB 743
Beaverton, OR 97075


On-Target Sales
POB 7012
Algonquin, IL 60102


P.D. Life Enterprises, Inc.
c/o Larry Wilbrandt
-
Crystal Lake, IL


Packaging Machinery, Inc.
2303 Fairview
Montgomery, AL 36108

Palmquist Engineering
A1 S0192 55 Sollentuna
AB Fredrik Palmquist Orrvagen
Stockholm, Sweden


Pepper & Fuchs, Inc.
1600 Enterprise
Twinsburg, OH 44087


Phelan, Joseph
9509 Florence Court
Woodstock, IL 60098


Pittack, Gary
165 Fosterville Rd.
Bell Buckle, TN 37020


Pittsburgh Paints
321 Virginia Ave.
Crystal Lake, IL 60014


Pollina Corporation Real Estate
401 Devon Ave.
Park Ridge, IL 60068


Power Logic Corp.
1 Montana Court
Cary, IL 60013


Premier Transportation
115 Timber Drive
Elgin, IL 60123


Printere Supplies
40F Terra Cotta Ave.
Crystal Lake, IL 60014


Project Source Welders & Fab, Inc.
4916 W. Elm Suite B
Mchenry, IL 60050


Quill Corporation
POB 37600
Philadelphia, PA 19101

Reliable Electrical Mechanical Serv
299 Staunton Rd., Ste B
Piqua, OH 45356


Revere Electrical Supply Co.
2501 W. Washingotn Blvd.
Chicago, IL 60612


Roadway Express
POB 93151
Chicago, IL 60673


Robert James Sales
4141 W. 116th Street
Oak Forest, IL 60452


Robin F. Pendergrast Photography
POB 775
Mchenry, IL 60051


Rockford Industrial Welding
POB 5404
Rockford, IL 61125


Rolle Alloy
Dept. 33901
POB 67000
Detroit, MI 48267


RSM Company
811 Pressley Rd.
Charlotte, NC 28217


Ryerson, Inc.
c/o Tom Pontikis
Chicago, IL


Schmeisser Consulting


Scion Steel
21555 Mullin Avenue
Warren, MI 48089

```
Scott Manufacturing co., Inc.
20 No. Slusser St.
Grayslake, IL 60030


Secretary of State
Business Services
Springfield, IL 62756


Service Limousine
2301 W. Rierside Drive
Mchenry, IL 60050


Sheet Metal Workers Local 265
c/o Catherine Chapman
200 West Adams St., Ste2200
Chicago, IL 60606


Sidero AB Lastmkargatan
21 111 44
Stockholm, Sweden


Specialty Rolled Metals
c/o William Ross
1121 E. Main St., Ste200
Saint Charles, IL 60174


Stan's Financial Services, Inc.
POB 1249
1375 So. Eastwood Drive
Woodstock, IL 60098


Stan's Office Technologies
1375 So. Eastwood Dr.
POB 1249
Woodstock, IL 60098


Steiner Electgric Company
2665 Payshere Circle
Chicago, IL 60674


Stockbridge Mfg.
831 So. Militar Rd.
Stockbridge, WI 53088
```

Strand Manufacturing, Inc.
1515 5th St. South #C
Hopkins, MN 55343


Strippet, Inc.
12975 Clarence Center Rd.
Akron, NY 14001


Swartz, John D.
855 Wimbleton Lane
Crystal Lake, IL 60014


Swick, Andrew


TAG Technologies
4121 W. Orleans St.
Mchenry, IL 60050


Tandem Engineering
10505 Coyne Station Rd.
Huntley, IL 60142


Tech 3


Uline
2200 So. Lakeside Dr.
Waukegan, IL 60085


Universal Premium Acceptance
POB 212516
Kansas City, MO 64121


UPS
Lockbox 577
Carol Stream, IL 60132


US Bank
Cardmember Services
POB 2066
Milwaukee, WI 53201

```
Victor, Lynne
9509 Florence
Woodstock, IL 60098


Viking Materials, Inc.
3434 Powell St.
Franklin Park, IL 60131


W. Davis & Assoc., Inc.
245 W. Roosevelt Rd., #150136
West Chicago, IL 60185


Waste Management
Attn: Billing Department
1411 Opus Pl, Ste 400
Downers Grove, IL 60515


Wessel, Dave
1700 Wicker Street
Woodstock, IL 60098


White Brothers Trucking
4N793 School Rd.
POB 82
Wasco, IL 60183


Wisconsin Department of Revenue
POB 93931
Milwaukee, WI 53293


Zwiger, Terry L.
321 Sheridan St.
Rockford, IL 61103
```